## Moore et al. v. Carey, guardian.

Turner, J. 1. "While a trial judge may, within the restrictions prescribed in the Civil Code, § 5331, direct a verdict, this court will in no case overrule as erroneous a refusal to do so." *Kelly* v. *Strouse*, 116 *Ga.* 873.

2. The present case is controlled by the rule of practice above announced.

*Judgment affirmed. All the Justices concur.*

Argued October 30, — Decided November 28, 1903.

Complaint for land.    Before Judge Lewis.    Taliaferro superior court.    February term, 1903.

*Hawes Cloud* and *Colley & Sims*, for plaintiffs in error.
*Samuel H. Sibley*, contra.